# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Madeleine Simo Matseyim, | Case No. 26-cv-3410 (JMB/DJF) |
| Petitioner, | |
| v. | |
| Markwayne Mullin, Secretary of Homeland Security, in his official capacity; Joseph Edlow, Director, USCIS, in his official capacity; Kathy A. Redman, Director, Nebraska Service Center, USCIS, in her official capacity; and Todd Blanche, Attorney General of the United States, in his official capacity,[1] | **ORDER** |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1.    Petitioner Madeleine Simo Matseyim's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED.

2.    The U.S. Marshals Service is directed to effect service of process on the Respondents in their official capacities as Secretary of Homeland Security; Director, U.S. Customs and Immigration Service ("USCIS"); Director, Nebraska National Service Center, USCIS; and Acting Attorney General of the United States, consistent with Rule 4(i) of the Federal Rules of Civil Procedure.

Dated: August 6, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

---

[1] Respondents Mullin, Edlow, and Blanche are substituted as respondents in this action pursuant to Fed. R. Civ. P. 25(d).

1