**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Madeleine Simo Matseyim,

Plaintiff,

v.

Markwayne Mullin *Secretary of Homeland Security, in his official capacity*; Joseph Edlow *Director, USCIS, in his official capacity*; Kathy A. Redman *Director, Nebraska Service Center, USCIS, in her official capacity*; Todd Blanche *Attorney General of the United States, in his official capacity*,

Respondents.

Case No. 26-CV-03410 (JMB/DJF)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff Madeleine Simo Matseyim's and Respondents Markwayne Mullin's, Joseph Edlow's, Kathy A. Redman's, and Todd Blanche's Joint Stipulation for Dismissal. (Doc. No. 12.) Madeleine Simo Matseyim wishes to dismiss their Complaint (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 16, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court